

# NUMBER 13-19-00039-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE CLAUDIA RAMOS

On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

Relator Claudia Ramos filed a petition for writ of mandamus in the above cause on January 18, 2019. Through this original proceeding, relator seeks to set aside an order granting a new trial.

The Court requests that the real parties in interest, Alberto Macias, Maria Macias, Teodoro Lopez III, Marina Macias, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
22nd day of January, 2019.